UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

CHAD AMENDT,

    Plaintiff,

v.                              Case No: 2:20-cv-984-SPC-MRM

TRANS UNION, LLC,

    Defendant.
                                /

**ORDER**[1]

    Before the Court is Plaintiff's Notice of Settlement and Unopposed Motion to Dismiss without Prejudice as to Defendant Trans Union, LLC (Doc. 17). As the parties have settled this action, the Court will administratively close the case and dismiss this action without prejudice. *See* M.D. Fla. R. 3.09(b). There is no need for Plaintiff to move for any relief. A simple notice of settlement is enough for the Court to dismiss without prejudice subject to the right of either party to move to reopen the case within a set period. *Id.* What's more, while Plaintiff requests a sixty-day period, the Court finds thirty days more appropriate.

---

[1] Disclaimer: Documents hyperlinked to CM/ECF are subject to PACER fees. By using hyperlinks, the Court does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide, nor does it have any agreements with them. The Court is also not responsible for a hyperlink's availability and functionality, and a failed hyperlink does not affect this Order.

Accordingly, it is now

**ORDERED:**

(1) This action is **DISMISSED without prejudice** subject to the right of a party to move to reopen the case for entry of a stipulated final order or a judgment or for further proceedings **on or before May 14, 2021**.

(2) If no party files an appropriate paper after that deadline, then the Clerk is **DIRECTED** to dismiss the action with prejudice and without further order.

(3) The Clerk is now **DIRECTED** to deny all pending motions as moot, terminate any deadlines, and administratively close the case.

**DONE** and **ORDERED** in Fort Myers, Florida on April 14, 2021.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies: All Parties of Record